```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 02419
   DAVIS KRENTKOWSKI
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-4398

------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------
     The case was filed on 02/12/2007 and was confirmed 05/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 12/04/2007.
------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                       PAID          PAID
------------------------------------------------------------------
BANK OF NEW YORK         NOTICE ONLY    NOT FILED          .00           .00
COOK COUNTY TREASURER    SECURED           2611.12        7.85       2084.96
OPTION ONE MORTGAGE      CURRENT MORTG       .00           .00           .00
OPTION ONE MORTGAGE      MORTGAGE ARRE    1977.93          .00       1977.93
RESURGENCE FINANCIAL LLC UNSECURED           .00           .00           .00
CODILIS & ASSOCIATES     NOTICE ONLY    NOT FILED          .00           .00
NATIONAL CAPITAL MANAGEM UNSECURED         142.95          .00           .00
PORTFOLIO RECOVERY ASSOC UNSECURED       13237.16          .00           .00
ROUNDUP FUNDING LLC      UNSECURED        1125.64          .00           .00
THOMAS M BRITT           DEBTOR ATTY        .00                          .00
TOM VAUGHN               TRUSTEE                                      280.26
DEBTOR REFUND            REFUND                                          .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------
TRUSTEE                 4,351.00

PRIORITY                                          .00
SECURED                                       4,062.89
     INTEREST                                     7.85
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                            280.26
DEBTOR REFUND                                     .00
                      --------------    --------------
TOTALS                  4,351.00              4,351.00



              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 02419 DAVIS KRENTKOWSKI
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 02419 DAVIS KRENTKOWSKI